108 F.3d 98w
 154 L.R.R.M. (BNA) 2630, 133 Lab.Cas. P 11,769
 Jeffrey C. HARVEY, Plaintiff-Appellant,
v.
Daryl H. HOLLENBACK; Bricklayers and Allied Craftsmen
International Union; International Union of Bricklayers and
Allied Craftsmen, Local 9; International Union of
Bricklayers and Allied Craftsmen Central Michigan
Administrative District Council, AFL-CIO, Defendants-Appellees.
 No. 96-1035.
 United States Court of Appeals,
Sixth Circuit.
 Argued Dec. 5, 1996.
Decided Feb. 28, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION